JAMES SANCHEZ, City Attorney (SBN 116356)
ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)
AVelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ADAM, JESSE HEREDIA, ISABELLA H., MYA H., by and through their mother SARA ADAM, MARGARITA YDROGO, JOSEFA DURAN, by and through her power of attorney, GRACE DURAN, CATARINA RODRIGUEZ, ANTONIO DURAN, ANITA FELIX, JOSE FELIX, ALEX FELIX III, GISELLE F., by and through her father ALEX FELIX III, AIDEN F., by and through his father ALEX FELIX, PENELOPE F., by and through her father ALEX FELIX, JORGE CAMPOS, ALEXIS SANDOVAL, ALIZZA MARES, DAVINA SANCHEZ, JUAN SANCHEZ, MIKKAYLA GUTIERREZ, SANTINO S., by and through his mother DAVINA SANCHEZ, JULIAN S., by and through his mother DAVINA SANCHEZ, DESTINY C., by and through her mother DAVINA SANCHEZ, DANNY GARCIA and SAMUEL DURAN,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>BRET BRZYSCZ,<br>CITY OF ROSEVILLE,<br>COUNTY OF PLACER,<br><br>CITY OF SACRAMENTO,<br>COUNTY OF SACRAMENTO, and DOES 1 THROUGH 50,<br><br>                    Defendants. | Case No.:  2:14-CV-02795-WBS-DAD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

1

[Proposed] ORDER GRANTING JOINT MOTION TO DISMISS

460321

The Court finding good cause, pursuant to the Joint Motion of the parties filed on August 27, 2015,

IT IS HEREBY ORDERED that the above-referenced matter hereby is dismissed without prejudice as to Defendant CITY OF SACRAMENTO pursuant to FRCP Rule 41(a)(1), and pursuant to the Joint Motion of the Parties.

IT IS SO ORDERED

Dated: November 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER GRANTING JOINT MOTION TO DISMISS

460321