CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
ALEXANDER L. NOWINSKI, SBN 304967
Email: anowinski@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant,
COUNTY OF SACRAMENTO

LOREN L. LUNSFORD, SBN 213966
AMBER LUNSFORD, SBN 276908
LUNSFORD LEGAL GROUP
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 692-8621

Attorneys for Plaintiffs,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA ADAM, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BRET BRZYSCZ, CITY OF ROSEVILLE, COUNTY OF PLACER, COUNTY OF SACRAMENTO, and DOES 1 THROUGH 50,<br><br>　　　　Defendants. | No.: 2:14-cv-02795 WBS CKD<br><br>**JOINT STIPULATION TO DISMISS CERTAIN CLAIMS BY PLAINTIFFS AGAINST COUNTY OF SACRAMENTO; ORDER THEREON** |

WHEREAS plaintiffs SARA ADAM, JESSE HEREDIA, ISABELLA H., MYA H., MARGARITA YDROGO, JOSEFA DURAN, GRACE DURAN, CATRINA RODRIGUEZ, ANTONIO DURAN, ANITA FELIX, JOSE FELIX, ALEX FELIX III, GISELLE F., AIDEN F., PENELOPE F., JORGE CAMPOS, ALEXIS SANDOVAL, ALIZZA MARES, DAVINA SANCHEZ, JUAN SANCHEZ, MIKKAYLA GUTIERREZ, SANTINO S., JULIAN S., DESTINY C., DANNY GARCIA and SAMUEL DURAN filed a Complaint against defendant

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: DISMISSAL OF CERTAIN PLAINTIFFS'
CLAIMS AGAINST COUNTY OF SACRAMENTO
No.: 2:14-cv-02795 WBS CKD

1

COUNTY OF SACRAMENTO on November 29, 2014, alleging constitutional violations rising from the execution of search warrants at several residences;

WHEREAS, the parties presently agree that employees of the County of Sacramento participated in the execution of a search warrant at only one of the locations referenced in the Complaint, namely, 5612 Forestwood Drive in Sacramento County;

WHEREAS, the only plaintiffs who were at 5612 Forestwood Drive at the time of the search were SARA ADAM, JESSE HEREDIA, ISABELLA H., and MYA H.;

WHEREAS the parties agree that none of the additional plaintiffs, other than those located at 5612 Forestwood Drive, have any claims against defendant County of Sacramento; and

WHEREAS, the parties wish to narrow the claims and issues in this matter in order to avoid unnecessary, costly, and time-consuming discovery and motions practice;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. All claims in the Complaint, brought against the County of Sacramento by plaintiffs who were not present at the 5612 Forestwood Drive address, shall be dismissed without prejudice;

2. The plaintiffs dismissing without prejudice the claims alleged in the Complaint against the County of Sacramento are:

   (1) Margarita Ydrogo
   (2) Josefa Duran, by and through her power of attorney, Grace Duran
   (3) Grace Duran
   (4) Catarina Rodriguez
   (5) Antonio Duran
   (6) Anita Felix
   (7) Jose Felix
   (8) Alex Felix III

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIP. RE: DISMISSAL OF CERTAIN PLAINTIFFS'
CLAIMS AGAINST COUNTY OF SACRAMENTO      2
No.: 2:14-cv-02795 WBS CKD

(9)  Aiden F., by and through his father Alex Felix
(10) Penelope F., by and through her father Alex Felix
(11) Jorge Campos
(12) Alexis Sandoval
(13) Alizza Mares
(14) Davina Sanchez
(15) Juan Sanchez
(16) Mikkayla Gutierrez
(17) Santino S., by and through his mother Davina Sanchez
(18) Julian S., by and through his mother Davina Sanchez
(19) Destiny C., by and through her mother Davina Sanchez
(20) Danny Garcia
(21) Samuel Duran

3. The following plaintiffs continue to assert claims against the County of Sacramento:

(1) Sara Adam
(2) Jesse Heredia
(3) Isabella H.
(4) Mya H.


IT IS SO STIPULATED.


DATE:  December 16, 2015          /s/ Alexander L. Nowinski
                                  ROBERT L. CHALFANT
                                  ALEXANDER L. NOWINSKI
                                  CREGGER & CHALFANT LLP
                                  Attorneys for Defendant COUNTY OF SACRAMENTO

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: DISMISSAL OF CERTAIN PLAINTIFFS'
CLAIMS AGAINST COUNTY OF SACRAMENTO         3
No.: 2:14-cv-02795 WBS CKD

...

DATE: December 17, 2015        /s/ Loren L. Lunsford
                               LOREN L. LUNSFORD
                               AMBER LUNSFORD
                               Attorneys for Plaintiffs SARA ADAM, JESSE HEREDIA, ISABELLA H., MYA H., MARGARITA YDROGO, JOSEFA DURAN, GRACE DURAN, CATRINA RODRIGUEZ, ANTONIO DURAN, ANITA FELIX, JOSE FELIX, ALEX FELIX III, GISELLE F., AIDEN F., PENELOPE F., JORGE CAMPOS, ALEXIS SANDOVAL, ALIZZA MARES, DAVINA SANCHEZ, JUAN SANCHEZ, MIKKAYLA GUTIERREZ, SANTINO S., JULIAN S., DESTINY C., DANNY GARCIA and SAMUEL DURAN

**ORDER**

After considering the stipulation by and between the parties through their counsel of record, the Court orders that:

1. The claims against the County of Sacramento brought by plaintiffs Margarita Ydrogo; Josefa Duran, by and through her power of attorney, Grace Duran; Grace Duran; Catarina Rodriguez; Antonio Duran; Anita Felix; Jose Felix; Alex Felix III; Aiden F., by and through his father Alex Felix; Penelope F., by and through her father Alex Felix; Jorge Campos; Alexis Sandoval; Alizza Mares; Davina Sanchez; Juan Sanchez; Mikkayla Gutierrez; Santino S., by and through his mother Davina Sanchez; Julian S., by and through his mother Davina Sanchez; Destiny C., by and through her mother Davina Sanchez; Danny Garcia; and Samuel Duran are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:  December 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT, LLP.
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIP. RE: DISMISSAL OF CERTAIN PLAINTIFFS'
CLAIMS AGAINST COUNTY OF SACRAMENTO        4
No.: 2:14-cv-02795 WBS CKD