LOREN LUNSFORD, CSB No. 213966
Loren.lunsford@lunsfordlegal.com
AMBER LUNSFORD, CSB No. 276908
Amber.lunsford@lunsfordlegal.com
RÉGIA ARAUJO, CSB No. 294614
Regia.araujo@lunsfordlegal.com
LUNSFORD LEGAL GROUP
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 692-8621

Attorneys for Plaintiffs

CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant COUNTY OF SACRAMENTO

PLACER COUNTY COUNSEL'S OFFICE
DAVID K. HUSKEY (SBN 109329)
175 Fulweiler Avenue
Auburn, CA 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendant COUNTY OF PLACER

BRUCE A. KILDAY, ESQ., SB No. 066415
Email: bkilday@akk-law.com
CARRIE A. MCFADDEN, ESQ., SB No. 245199
Email: cmcfadden@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants BRET BRZYSCZ and CITY OF ROSEVILLE

1

1

2                             UNITED STATES DISTRICT COURT

3                             EASTERN DISTRICT OF CALIFORNIA

4

5   SARA ADAM, ET AL,,                        No.  2:14-cv-02795 WBS DAD

6                 Plaintiffs,

7       v.                            **STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING STAY OF ALL PROCEEDINGS**

8   BRET BRZYSCZ, ET AL.,

9                 Defendants.

10

11

12

13

14       Plaintiffs Sara Adam, Et Al. (collectively "**Plaintiffs**") and Defendants Bret Brzyscz, City

15 of Roseville, County of Placer, and County of Sacramento, (collectively "**Defendants**"), by and

16 through their respective counsel of record, hereby stipulate to the flowing:

17       1. WHEREAS Plaintiffs filed a civil rights complaint in the United States District

18 Court in the Eastern District of California on November 29, 2014, arising out of an incident

19 relating to the arrest of Plaintiff Samuel Duran and a series of raids on Plaintiffs' homes one

20 month after Plaintiff Samuel Duran's arrest;

21       2. WHEREAS Defendants Bret Brzyscz and City of Roseville filed an Answer to the

22 Complaint and Defendants Placer County, Sacramento County, and Sacramento City filed

23 Motions to Dismiss Plaintiffs' *Monell* and state law claims.  Defendants Placer County,

24 Sacramento County, and Sacramento City's Motion to Dismiss state law claims were granted as

25 well as Defendants' claim for municipal liability based on searches and seizures without probable

26 cause;

27 / / /

28

3.  WHEREAS on November 3, 2015, Defendant City of Sacramento was dismissed without prejudice;

4.  WHEREAS on December 21, 2015, all claims brought against Defendant County of Sacramento pertaining to Plaintiffs not present at the 5612 Forestwood Drive address were dismissed without prejudice with Plaintiffs Sara Adam, Jesse Heredia, Isabella H., and Mya H., continuing to assert claims against Defendant County of Sacramento;

5.  WHEREAS the Placer County District Attorney's Office initiated criminal proceedings against Plaintiffs Samuel Duran following his arrest on October 25, 2013 and criminal proceedings against Plaintiffs Antonio Duran, Alexander Felix III, Anita Felix, Jorge Campos, Jose Felix, Alexis Sandoval, Danny Garcia, Juan Sanchez, and Davina Sanchez following their arrests on November 20, 2013;

6.  WHEREAS Plaintiffs Samuel Duran and Antonio Duran have ongoing criminal prosecutions against them, which arises from intertwined facts as in this civil matter;

7.  WHEREAS Plaintiff Samuel Duran's defense relating to the criminal charges alleged against him will not be ready for trial for at least another nine (9) months;

8.  WHEREAS Plaintiff Antonio Duran's defense relating to the criminal charges alleged against him will not be ready for trial for at least another four (4) months;

9.  WHEREAS Plaintiffs Samuel Duran and Antonio Duran intend to invoke their rights pursuant to the Fifth Amendment of the United States Constitution in this civil action until the termination of criminal prosecutions against them;

10.     WHEREAS all parties wish to stay all proceedings in this matter, including hearings, briefings, appearances, discovery obligations and any other deadlines imposed by law or the Court, pending termination of criminal prosecutions against Plaintiffs Samuel Duran and Antonio Duran, which is economically and judicially efficient;

11.     WHEREAS all parties recognize that proceeding with these actions at this time could have potential adverse effects on the parties' ability to prove and disprove claims in this matter.  For these reasons, the parties jointly request that this matter be stayed to the conclusion of the related criminal matters in the Placer County Superior Court proceedings;

1    12.        WHEREAS Plaintiffs agree to notify Defendants and the Court at the

2  termination of the related criminal matters, at which time reasonable dates for the civil matter can

3  be determined.

4

5  DATED: April 20, 2016                      LUNSFORD LEGAL GROUP

6

7                                             By:        /s/ Regia J. Araujo
                                                    Régia J. Araujo
8                                                   Attorneys for Plaintiffs

9  DATED: April 20, 2016                      CREGGER & CHALFANT LLP

10

11                                            By:        /s/ Robert Chalfant
                                                    Robert Chalfant
12                                                  Attorneys for Defendant County of
                                                    Sacramento
13
   DATED: April 20, 2016                      PLACER COUNTY COUNSEL'S OFFICE
14

15
                                              By:        /s/ David K. Huskey
16                                                  David K. Huskey
                                                    Attorneys for Defendant County of
17                                                  Placer

18  DATED: April 20, 2016                     ANGELO, KILDAY & KILDUFF, LLP

19

20                                            By:        /s/ Carrie A. McFadden
                                                    Carrie A. McFadden
21                                                  Attorneys for Defendant City of
                                                    Roseville and Bret Brzyscz
22

23

24

25

26

27

28

1

**ORDER**

2           Pursuant to the parties' stipulation, this case shall remain stayed in all respects until the

3    conclusion of the related criminal cases.   All pending dates and deadlines are vacated.  The Clerk

4    is directed to administratively close this file, subject to its being reopened upon the motion of any

5    party.

6           **IT IS SO ORDERED**.

7

8    Dated:  April 20, 2016

9    WILLIAM B. SHUBB
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
STIPULATION AND ORDER TO STAY ACTION
